Robert G. Manson (BBO#674457)
LAW OFFICE OF ROBERT G. MANSON
398 Brigham Street
Marlborough, MA 01752
(508) 274-8360

David A. Scheffel (to appear *pro hac vice*)
Eric B. Epstein (to appear *pro hac vice*)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant WMC Mortgage LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR OKOYE and OGOR W. OKOYE, <br><br> Plaintiffs, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2, WMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND LITTON LOAN SERVICING, LP, <br><br> Defendants. | Civ. No. 1:10-cv-11563 |

## CONSENT TO NOTICE OF REMOVAL

Defendant WMC Mortgage LLC, successor in interest to WMC Mortgage Corporation, hereby consents to the removal of this action to the United States District Court for the District of Massachusetts.

Dated: September 28, 2010

        /s/ Robert G. Manson
Robert G. Manson (BBO#674457)
LAW OFFICE OF ROBERT G. MANSON
398 Brigham Street
Marlborough, MA 01752
(508) 274-8360

David A. Scheffel (to appear *pro hac vice*)
Eric B. Epstein (to appear *pro hac vice*)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant*
*WMC Mortgage LLC*

<u>CERTIFICATE OF SERVICE</u>

I, Robert G. Manson, certify that a true and accurate copy of the foregoing document was filed through this Court's ECF system on September 28, 2010. I further certify that a true and accurate copy of the foregoing document was sent on September 28, 2010 to Ogar Winnie Okoye, BOS Legal, LLC, 23 Central Avenue, Suite 405-407, Lynn, MA 10901, counsel for Plaintiffs, who does not appear to be registered for this Court's ECF system.